UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, et al.,<br><br>         Defendants. | Case No. 1:15-CV-00193-EJL<br><br>**JUDGMENT** |

Based upon this Court's Memorandum Decision and Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs take nothing from the Defendants and this case is dismissed in its entirety.

DATED: August 31, 2016

_____
Edward J. Lodge
United States District Judge